QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Diane M. Doolittle (Bar No. 142046)
  dianedoolittle@quinnemanuel.com
  Kyle Batter (Bar No. 301803)
  kylebatter@quinnemanuel.com
  Austin Buscher (Bar No. 346456)
  austinbuscher@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

*Attorneys for Defendants Matterport LLC and CoStar Group*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VINATHA KUTAGULA, an individual,<br><br>          Plaintiff,<br><br>     vs.<br><br>MATTERPORT, INC., a corporation, and COSTAR GROUP, an entity,<br><br>          Defendants. | CASE NO. 25-cv-05383-NC<br><br>**ORDER GRANTING QUINN EMANUEL'S MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT COSTAR GROUP**<br><br>Judge: Magistrate Judge Nathanael Cousins --<br>Hearing Date: None<br>Hearing Time: None<br>Courtroom: Courtroom 5 |

1   Before the Court is Quinn Emanuel's Motion To Withdraw As Counsel For Defendant
2   Costar Group ("Motion").  The Court, having considered the parties' submissions in connection
3   with the Motion, hereby ORDERS as follows:

5   The Motion is **GRANTED**.
6   Quinn Emanuel is no longer counsel for CoStar Group.

8   **IT IS SO ORDERED.**

10  DATED:  February 13, 2026

    _____
12  Honorable Magistrate Judge Nathanael M. Cousins

[Stamp: GRANTED / Judge Nathanael M. Cousins / United States District Court, Northern District of California]

1   Case No. 25-cv-05383-NC
ORDER GRANTING QUINN EMANUEL'S MOTION TO WITHDRAW AS COUNSEL FOR COSTAR